(106 So. 924)

Lewis TATUM v. STATE. (5 Div. 551.) (Court of Appeals of Alabama. Nov. 24, 1925.)

Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.